IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MONICA HAWKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 23-cv-3837-SMY |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

### MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Pending before the Court is Plaintiff's Unopposed Amended Motion for Attorney Fees filed pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 and Plaintiff's previously filed Motion for Attorney Fees (Docs. 23, 26). Plaintiff seeks attorney fees in the amount of $3,162.50. Defendant has no objection (Doc. 27).

Plaintiff is the prevailing party and is entitled to an award of attorney fees pursuant to the EAJA. The Court finds that the agreed upon amount is reasonable and appropriate. Therefore, Plaintiff's Amended Motion for Attorney Fees (Doc. 26) is **GRANTED**; Plaintiff's Motion for Attorney Fees (Doc. 23) is **TERMINATED AS MOOT**; and, Plaintiff is awarded **$3,162.50**.

This award for attorney fees and expenses is in full satisfaction of all claims for attorney fees and expenses that may be payable to Plaintiff in this matter under the EAJA. Any fees paid belong to Plaintiff, not Plaintiff's attorney, and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). Because Plaintiff has not provided an assignment, Defendant will direct that the award be made payable to Plaintiff Monica Hawkins. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

**Law Office of Brent Gaines**
12 South Second Street
Belleville, Illinois 62220

IT IS SO ORDERED.

DATED:  July 16, 2024

**STACI M. YANDLE**
**United States District Judge**